NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GURVEZ HUBBARD, DOC #T77425, )
 )
      Appellant, )
 )
v. )    Case No. 2D18-2738
 )
STATE OF FLORIDA, )
 )
      Appellee. )
_____)

Opinion filed December 6, 2019.

Appeal from the Circuit Court for
Hillsborough County; Lisa D. Campbell,
Judge.

Gurvez Hubbard, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S. Tannen,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.

      Affirmed.



SILBERMAN, BADALAMENTI, and ATKINSON, JJ., Concur.